UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



--------------------------------------------------------------x
PRINCE RODGERS,
          Plaintiff,

v.

CITY OF YONKERS; DETECTIVE MICHELLE
PICIOULLI, as an individual and in her official
capacity; DETECTIVE NEAL CROMWELL, as an
individual and in his official capacity; and
COUNTY OF WESTCHESTER,
          Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 5358 (VB)

      Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action against defendants the City of Yonkers, Detective Michelle Picioulli, Detective Neal Cromwell, and Westchester County.

      On August 15, 2019, defendant Westchester County moved to dismiss the complaint. (Docs. ##13–17). That day, Westchester County served a copy of the motion and all supporting papers on plaintiff via regular mail. (See Doc. #15-6).

      On August 19, 2019, plaintiff notified the Court in writing of a change of address. (Doc. #18). Accordingly, on August 20, 2019, the Clerk mailed to plaintiff, at his new address, copies of Westchester County's motion and all supporting papers.

      Plaintiff failed to timely oppose Westchester County's motion or request an extension of time to do so. On September 17, 2019, the Court sua sponte extended to October 17, 2019, plaintiff's time to oppose the motion. (Doc. #21).

      On October 16, 2019, upon receipt of an undated letter from plaintiff seeking an extension of time to oppose the motion, the Court again extended plaintiff's time to oppose the motion, this time to November 18, 2019. (Doc. #24).

      To date, plaintiff has failed to file an opposition to the motion.

      Accordingly, the Court deems the motion fully submitted and unopposed.

1

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 25, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge