UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PRINCE RODGERS,

                Plaintiff,

     -against-

CITY OF YONKERS, et al.,

                Defendants.
--------------------------------------------------------X

**ORDER**

19 Civ. 5358 (PED)

On October 9, 2020, plaintiff *pro se* and defense counsel appeared via AT&T teleconferencing for a status conference in the above-captioned case. During that conference, I scheduled a conference in the same format for November 12, 2020 at 9:30 a.m.

Defense counsel appeared via AT&T teleconferencing on November 12th; plaintiff failed to appear.[1]

Plaintiff is reminded of the duty to diligently prosecute this action under Rule 41(b) of the Federal Rules of Civil Procedure.

The Court has scheduled a telephone conference for **December 11, 2020 at 9:30 a.m.** Plaintiff **must participate** in that conference and explain his failure to participate in the November 12th teleconference. As a reminder, plaintiff must access the conference using the following information: Toll-Free Number: (877) 336-1839; Access Code: 5999739.

**PLAINTIFF'S FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF HIS CASE FOR FAILURE TO PROSECUTE.**

Dated: November 12. 2020
       White Plains, New York

**SO ORDERED.**

_____
PAUL E. DAVISON, U.S.M.J.

CHAMBERS MAILED A COPY OF THIS ORDER TO THE PRO SE PLAINTIFF.

---

[1] At a prior conference, Chambers staff asked plaintiff to verify his telephone number; plaintiff provided a number (347-285-5775) different than the one which appears on the docket. When plaintiff failed to appear at 9:30 a.m. on November 12th, Chambers staff left a voicemail message on the verified telephone number. The message included dial-in instructions; plaintiff did not respond.