**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PRINCE RODGERS,

                Plaintiff,                              19 **CIVIL** 5358 (PED)

      -against-                                **JUDGMENT**

CITY OF YONKERS, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 11, 2020, this action is dismissed pursuant to FRCP 41(b), judgment is entered in favor of defendants; accordingly, this case is closed.

**Dated:**  New York, New York
          December 14, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                              Clerk of Court
                              **BY:**
                                                            _____
                                                                Deputy Clerk